

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Scott Walker,

\* From the 342nd District
Court of Tarrant County,
Trial Court No. 342-257089-11.

Vs. No. 11-13-00042-CV

\* February 27, 2015

Citibank, N.A.,

\* Opinion by McCall
(Panel consists of: Wright, C.J.,
Bailey, J., and McCall,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Scott Walker.